**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

**IN RE: Christine Marie Wilkinson**
                              **Debtor(s)**

**BK NO. 17-01003 RNO**

**Chapter 13**

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of 21ST MORTGAGE CORPORATION and index same on the master mailing list.

              Respectfully submitted,

              **/s/James C. Warmbrodt, Esquire**
              James C. Warmbrodt, Esquire
              KML Law Group, P.C.
              BNY Mellon Independence Center
              701 Market Street, Suite 5000
              Philadelphia, PA  19106
              412-430-3594