In re:                                                          Case No. 17-01003-RNO
Christine Marie Wilkinson                                        Chapter 13
              Debtor
## CERTIFICATE OF NOTICE

District/off: 0314-1          User: MMchugh          Page 1 of 1          Date Rcvd: Jun 12, 2017
                             Form ID: ntcnfhrg       Total Noticed: 15

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 14, 2017.
db             +Christine Marie Wilkinson,    757 Gablers Rd,    Gardners, PA 17324-9533
4895894         Bur Acct Mgm,    Bureau Of Account,    Camp Hill PA 17011
4895895        +Coml Accept,    2300 Gettysburg Rd,    Camp Hill PA 17011-7303
4925749         ECMC,    PO Box 16408,    St. Paul, MN 55116-0408
4895897        +Hanover Hospital,    c/o National Recovery,    2491 Paxton Street,    Harrisburg PA 17111-1036
4895898        +IC Systems, Inc,    444 Highway 96 East,    Po Box 64378,    St Paul MN 55164-0378
4895899         Penn State Hershey Hospital,    500 University Drive,    Carlisle PA 17013-3000
4895900         Phfa-hemap,    Agency,    Harrisburg PA 17101
4895901        +Timothy Wilkinson,    757 Gablers Road,    Gardners PA 17324-9533
4895902        +Victoria Chen, Esquire,    701 Market Street, Suite 5000,    Philadelphia PA 19106-1541
4895903        +Wellspan Health,    1001 S. George Street,    York PA 17403-3676
4895892        +York Adams Tax Claim Bureau,    PO BOX 15627,    York PA 17405-0156

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4895893        +Fax: 800-813-8164 Jun 12 2017 19:06:25     21st Mortgage,    620 Market St,    Suite 100,
                 Knoxville TN 37902-2208
4895896        +E-mail/Text: bknotice@erccollections.com Jun 12 2017 19:08:49     ERC/Enhanced Recovery Corp,
                 8014 Bayberry Rd,    Jacksonville FL 32256-7412
4895891         E-mail/Text: cio.bncmail@irs.gov Jun 12 2017 19:08:33     IRS Centralized Insolvency Oper.,
                 PO Box 21126,    Philadelphia PA 19114-0326
                                                                                  TOTAL: 3

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2017                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 12, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
              Dawn Marie Cutaia    on behalf of Debtor Christine Marie Wilkinson  dmcutaia@gmail.com,
               cutaialawecf@gmail.com;r46159@notify.bestcase.com
              James Warmbrodt   on behalf of Creditor   21ST MORTGAGE CORPORATION bkgroup@kmllawgroup.com
              United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                                  TOTAL: 4
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | | |
|---|---|---|
| Christine Marie Wilkinson<br>Debtor(s) | Chapter | 13 |
| | Case No. | 1:17−bk−01003−RNO |

## Notice

The confirmation hearing has been scheduled for the Debtor and Joint Debtor on the date indicated below.

A deadline of **July 12, 2017** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| | |
|---|---|
| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: July 27, 2017<br><br>Time: 10:00 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>PO Box 908<br>Harrisburg, PA 17108<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: MMchugh, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: June 12, 2017 |