# United States Bankruptcy Court
# Middle District of Pennsylvania

| Christine Marie Wilkinson  Debtor | No. 1:17-bk-01003-RNO |
|---|---|
| Christine Marie Wilkinson  Movant | Chapter 13 |

## MOTION TO RECONSIDER ORDER CLOSING CASE

AND NOW, this 26th day of July, 2017, the Debtor, by and through counsel, requests that the above-captioned case be reopened pursuant to 11 U.S.C. § 350(b) in order to accord relief to the Debtor and in support tthiereof avers as follows:

1. The Debtor filed bankruptcy pursuant to Chapter 13 of the Bankruptcy Code on March 16, 2017.
2. Debtor filed an Application to Pay Filing Fee in Installments, which was granted.
3. Debtor mistakenly failed to make the installment payments.
4. On July 25, 2017, Debtors' case was closed for failure to pay the filing fee.
5. Debtor paid the filing fee in full on July 26, 2017.
6. The interests of justice would be served by reopening Debtors' case to accord Debtor the relief originally sought.

WTHIEREFORE, Debtor requests this Honorable Court reconsider its Order of July 25, 2017, and open Debtors' case and for such otthier relief as may be just and proper.

Respectfully Submitted:

/s/ Dawn M. Cutaia
Counsel for Debtors
PA Supreme Court ID 77965

# United States Bankruptcy Court
# Middle District of Pennsylvania

| | |
|---|---|
| Christine Marie Wilkinson<br>Debtors | No. 1:17-bk-01003-RNO |
| Christine Marie Wilkinson<br>Movant | Chapter 13 |

## ORDER APPROVING MOTION TO RECONSIDER

Upon consideration of Debtors' Motion to Reopen Case, Debtors' Motion is thereby GRANTED and Debtors' case is reinstated.