UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: CHRISTINE MARIE WILKINSON

    Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant

CHRISTINE MARIE WILKINSON

    Respondent(s)

CHAPTER 13

CASE NO: 1-17-01003-HWV

## CERTIFICATION OF DEFAULT

    AND NOW on January 19, 2018, comes Charles J DeHart, III, Standing Chapter 13 Trustee and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

- amend the plan within 30 days curing arrears.
- file a motion for wage attachment for payment of the regular monthly payment to the trustee within 30 days of stipulation.
- make the regular monthly payments to the trustee during the remaining term of the plan.

    As of January 19, 2018, the Debtor(s) is/are $7140.00 in arrears with a plan payment having last been made on Nov 20, 2017.

    In accordance with said stipulation, the case may be dismissed upon certification of the Trustee without further notice or hearing.

    Respectfully Submitted,
    /s/ Liz Joyce
    for Charles J. DeHart, III, Trustee
    8125 Adams Drive, Suite A
    Hummelstown, PA 17036
    Phone: (717) 566-6097

Dated: January 19, 2018

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: CHRISTINE MARIE WILKINSON

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
Movant

CHAPTER 13

CHRISTINE MARIE WILKINSON

CASE NO: 1-17-01003-HWV

Respondent(s)

**CERTIFICATE OF SERVICE**

I hereby certify that the Debtor and his/her counsel, have been served a copy of this Certification of Default by First Class Mail, unless served electronically, at the below address on January 19, 2018.

DAWN MARIE CUTAIA, ESQUIRE
115 EAST PHILADELPHIA STREET
YORK, PA 17401-

CHRISTINE MARIE WILKINSON
757 GABLERS RD
GARDNERS, PA 17324

RESPECTFULLY SUBMITTED,

/s/ Liz Joyce
for Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097

Dated: January 19, 2018