```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                          Case No. 17-01003-HWV
Christine Marie Wilkinson                                       Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1            User: MMchugh              Page 1 of 1              Date Rcvd: Jan 24, 2018
                                Form ID: pdf010            Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 26, 2018.
```
db             +Christine Marie Wilkinson,    757 Gablers Rd,    Gardners, PA 17324-9533
4895894         Bur Acct Mgm,   Bureau Of Account,    Camp Hill PA 17011
4895895        +Coml Accept,    2300 Gettysburg Rd,    Camp Hill PA 17011-7303
4925749         ECMC,    PO Box 16408,    St. Paul, MN 55116-0408
4895897        +Hanover Hospital,    c/o National Recovery,    2491 Paxton Street,    Harrisburg PA 17111-1036
4895898        +IC Systems, Inc,    444 Highway 96 East,    Po Box 64378,    St Paul MN 55164-0378
4895899         Penn State Hershey Hospital,    500 University Drive,    Carlisle PA 17013-3000
4895900         Phfa-hemap,    Agency,    Harrisburg PA 17101
4895901        +Timothy Wilkinson,    757 Gablers Road,    Gardners PA 17324-9533
4895902        +Victoria Chen, Esquire,    701 Market Street, Suite 5000,    Philadelphia PA 19106-1541
4895903        +Wellspan Health,    1001 S. George Street,    York PA 17403-3676
4895892        +York Adams Tax Claim Bureau,    PO BOX 15627,    York PA 17405-0156
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4937253         Fax: 800-813-8164 Jan 24 2018 19:09:55     21st Mortgage Corporation,    PO Box 477,
                 Knoxville, TN 37901
4895893        +Fax: 800-813-8164 Jan 24 2018 19:09:55     21st Mortgage,   620 Market St,   Suite 100,
                 Knoxville TN 37902-2208
4895896        +E-mail/Text: bknotice@erccollections.com Jan 24 2018 19:03:31      ERC/Enhanced Recovery Corp,
                 8014 Bayberry Rd,    Jacksonville FL 32256-7412
4895891         E-mail/Text: cio.bncmail@irs.gov Jan 24 2018 19:03:23      IRS Centralized Insolvency Oper.,
                 PO Box 21126,   Philadelphia PA 19114-0326
4965421         E-mail/Text: blegal@phfa.org Jan 24 2018 19:03:30      PHFA/HEMAP,    211 NORTH FRONT ST,
                 PO BOX 8029,    HARRISBURG, PA 17105
4934295         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 24 2018 19:03:28
                 Pennsylvania Department of Revenue,    Bankruptcy Division  PO Box 280946,
                 Harrisburg PA  17128-0946
                                                                                               TOTAL: 6

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

___

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2018                                    Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 24, 2018 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Dawn Marie Cutaia    on behalf of Debtor 1 Christine Marie Wilkinson dmcutaia@gmail.com,
               cutaialawecf@gmail.com;r46159@notify.bestcase.com
              James   Warmbrodt    on behalf of Creditor    21ST MORTGAGE CORPORATION bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 4
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| Christine Marie Wilkinson | | |
|---|---|---|
| | Chapter: | |
| Debtor(s) | Case No.: | 1:17-bk-01003-HWV |
| Charles J DeHart, III (Trustee) | | |
| vs. Movant(s) | | |
| Christine Marie Wilkinson | | |
| Respondent(s) | | |

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default of Stipulation in settlement of the Trustee's prior Motion to Dismiss Case for Material Default and it having been determined that this case should be dismissed, it is hereby

**ORDERED** that the above-named case of the debtor(s) be and is hereby dismissed.

Dated: January 24, 2018

By the Court,

*Henry W. Van Eck*
Henry W. Van Eck, Bankruptcy Judge (LS)

Order Dismissing Case with Parties - Revised 9/17